# EXHIBIT 1

**COHN LIFLAND PEARLMAN**
**HERRMANN & KNOPF LLP**
Peter S. Pearlman (Atty. No. 243551970)
Audra DePaolo (Atty. No. 020321995)
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone: (201) 845-9600
Facsimile : (201) 845-9423
E-Mail: psp@njlawfirm.com
        ad@njlawfirm.com

*Attorneys for Plaintiff*

| | |
|---|---|
| HOWARD BERNSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB CO.; MARK J. ALLES; GIOVANNI CAFORIO, M.D.; SANDRA LEUNG, ESQ.; CHARLES BANCROFT; KAREN M. SANTIAGO; VICKI L. SATO, PH.D.; PETER J. ARDUINI; ROBERT BERTOLINI; MATTHEW W. EMMENS; MICHAEL GROBSTEIN; ALAN J. LACY; DINESH C. PALIWAL; THEODORE R. SAMUELS; GERALD L. STORCH; and KAREN H. VOUSDEN, PH.D,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: UNION COUNTY<br><br>Docket No. UNN-L-003887-21<br><br><u>CLASS ACTION</u><br><br>**SUMMONS** |

FROM THE STATE OF NEW JERSEY, To The Defendant(s) Named Above:

       The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey.  The complaint attached to this summons states the basis for this lawsuit.  If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it.  (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.)  If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971.  A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed.  You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above.  A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

Dated:      November 17, 2021

/s/ Michelle M. Smith, Esq.
Clerk of the Superior Court

Name of Defendant to be served:
Address of Defendant to be served:

BRISTOL-MYERS SQUIBB CO.
430 E. 29th Street, 14th Floor
New York, NY 10016

# Civil Case Information Statement

## Case Details: UNION | Civil Part Docket# L-003887-21

**Case Caption:** BERNSTEIN HOWARD  VS BRISTOL-MYERS SQUIBB  CO.

**Case Initiation Date:** 11/12/2021

**Attorney Name:** PETER S PEARLMAN

**Firm Name:** COHN LIFLAND PEARLMAN HERRMANN & KNOPF

**Address:** PARK 80 WEST - PLAZA ONE 250 PEHLE AVE STE 401

SADDLE BROOK NJ 07663

**Phone:** 2018459800

**Name of Party:** PLAINTIFF : Bernstein, Howard

**Name of Defendant's Primary Insurance Company (if known):** Unknown

**Case Type:** COMPLEX COMMERCIAL

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?**  NO

**Related cases pending:** YES

**If yes, list docket numbers:** 21-cv-8255(S.D.N.Y.) and 21-cv-4897(S.D.N.Y.)

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: Howard Bernstein?** NO

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
### CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** YES

**If yes, is that relationship:** Business

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**
This case is a complex class action involving violations of the Securities Act of 1933, 15 U.S.C. Section 77k, l and o.

**Do you or your client need any disability accommodations?** NO
        **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
        **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** YES  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

<u>11/12/2021</u>
Dated

<u>/s/ PETER S PEARLMAN</u>
Signed

```
UNION COUNTY SUPERIOR COURT
2 BROAD STREET
CIVIL DIVISION
ELIZABETH        NJ 07207
                                        TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (908) 787-1650
COURT HOURS  8:30 AM - 4:30 PM

                        DATE:  NOVEMBER 12, 2021
                        RE:    BERNSTEIN HOWARD  VS BRISTOL-MYERS SQUIBB  CO.
                        DOCKET: UNN L -003887 21

    THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 4.

    DISCOVERY IS PRESUMPTIVELY 450 DAYS BUT MAY BE ENLARGED OR SHORTENED BY THE
JUDGE AND RUNS FROM THE FIRST ANSWER OR 90 DAYS FROM SERVICE ON THE FIRST
DEFENDANT, WHICHEVER COMES FIRST.
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

    THE MANAGING JUDGE ASSIGNED IS:  HON THOMAS J. WALSH

    IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      001
AT:  (908) 787-1650 EXT 21493.

    IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
    PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                        ATTENTION:
                            ATT: PETER S. PEARLMAN
                            COHN LIFLAND PEARLMAN HERRMANN
                            PARK 80 WEST - PLAZA ONE
                            250 PEHLE AVE STE 401
                            SADDLE BROOK     NJ 07663


ECOURTS
```